# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEGGY CLAIRE FOLMAR,** | : | |
| Plaintiff | : | No. 1:15-cv-00990 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Cohn)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the September 13, 2016 Report and Recommendation of Magistrate Judge Cohn. (Doc. No. 16.) No timely objections have been filed. Accordingly, on this 30th day of September, 2016, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 16), of Magistrate Judge Cohn;

2. The Commissioner's decision is **AFFIRMED**, and Plaintiff's request for relief is **DENIED**;

3. Judgment is entered in favor of Defendant and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
